IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Al-AMIN ABDUL-JABBAR et al. | CIVIL ACTION |
|---|---|
| v. | NO. 21-2077 |
| CITY OF PHILADELPHIA et al. | |

### ORDER RE: DEFENDANTS' MOTIONS TO DISMISS

**AND NOW**, this 15th day of October, 2021, after careful consideration of Defendant City of Philadelphia's Motion to Dismiss (ECF 3) and Plaintiffs Al-Amin Abdul-Jabbar, Shatisha Abdul-Jabbar, Latysa Bell, and Sharon Bell's Response (ECF 6); Defendants Philadelphia District Attorney's Office and ADA's Motion to Dismiss (ECF 8), Plaintiffs' Response (ECF 9), and Defendants' Reply (ECF 10); and Defendant Officers Nathan London, Levaun Rudisill, and Dietra Cuffie's Partial Motion to Dismiss (ECF 4) and Plaintiffs' Response (ECF 7), it is hereby **ORDERED** that all Motions are **GRANTED**.

1. All claims against Defendants City of Philadelphia, Philadelphia District Attorney's Office, and ADAs are **DISMISSED** without prejudice and with leave to file an amended complaint within twenty-one (21) days.

2. Counts V and VI of Plaintiffs' Complaint against Defendant Officers London, Rudisill, and Cuffie are **DISMISSED** without prejudice and with leave to file an amended complaint within twenty-one (21) days.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-2077 Abdul-Jabbar v. City of Philadelphia\21cv2077 Order re Defendants' Motions to Dismiss.docx