# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Al-AMIN ABDUL-JABBAR et al.<br><br>v.<br><br>CITY OF PHILADELPHIA et al. | CIVIL ACTION<br><br>NO. 21-2077 |
|---|---|

### ORDER RE: DEFENDANT'S SECOND MOTION TO DISMISS

**AND NOW**, this 2nd day of February, 2022, after careful consideration of Defendant City of Philadelphia's Second Motion to Dismiss (ECF 14) and Plaintiffs Al-Amin Abdul-Jabbar, Shatisha Abdul-Jabbar, Latysa Bell, and Sharon Bell's Response (ECF 15), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. All claims against Defendant City of Philadelphia are **DISMISSED** with prejudice.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-2077 Abdul-Jabbar v. City of Philadelphia\21cv2077 Order re Second Motion to Dismiss.docx