IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL-AMIN ABDUL-JABBAR, et al., *Plaintiffs*, v. CITY OF PHILADELPHIA, et al., *Defendants*. | CIVIL ACTION NO. 2:21-cv-2077-MMB |

### ORDER RE MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 27th day of April 2023, upon consideration of Defendant's Motion for Partial Summary Judgment, Plaintiff's Response in Opposition, and Defendant's Reply, and for the reasons stated in the foregoing Memorandum, **it is hereby ORDERED** that Defendant's Motion (ECF 40) **is DENIED** as to Plaintiff's malicious prosecution claims and **is GRANTED** as to all other claims. The claims against Defendant Officers Cuffie and Sibona **are DISMISSED** as stipulated by the Plaintiff.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**